IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 3:16CR041-001 |
| CHARLES BRUMMITT | ) | |
| | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above-named defendant commenced a five-year term of supervised release on July 19, 2019. On October 11, 2019, Mr. Brummitt died of a suspected drug overdose. As a result, it is hereby ordered that the defendant's supervised release be terminated.

Dated this 30th day of october, 2019

The Honorable Walter H. Rice
United States District Judge